

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2017

No. 04-17-00061-CV

Carlos Antonio **RAYMOND**,
Appellant

v.

Martin Joseph **ROY** and Pizza Ventrue of San Antonio, LLC d/b/a Papa Johns Pizza,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV00935
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On June 28, 2017, we struck Appellant Carlos Antonio Raymond's brief and ordered Appellant to file an amended brief by July 8, 2017. On July 25, 2017, Appellant filed a motion for extension of time asserting he did not receive the court's June 28th order and requesting a twenty-day extension to file the amended brief. Appellant's motion is GRANTED.

Appellant's amended brief is due to be filed no later than August 21, 2017. **The amended brief must correct all of the violations listed above and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellee's brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2017.



Luz Estrada
Chief Deputy Clerk